FILED by **TCW** D.C.

NOV 1 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-3924 CIV-LENARD/SIMONTON

CONSENT CASE

JERRY GREENBERG,

Plaintiff,

v.

NATIONAL GEOGRAPHIC SOCIETY,
NATIONAL GEOGRAPHIC ENTERPRISES, INC.
and MINDSCAPE, INC.

Defendants.
_____/

**CLOSED CIVIL CASE**

## FINAL JUDGMENT

Based upon the verdict of the jury, and this Court's Order on Motions for Judgment as a Matter of Law, Motion for Reduction in Jury Award, or in the Alternative for Remittitur, pursuant to Fed. R. Civ. P. 58, it is hereby

**ORDERED AND ADJUDGED** that JUDGMENT is hereby entered in favor of Plaintiff JERRY GREENBERG and against Defendants NATIONAL GEOGRAPHIC SOCIETY, NATIONAL GEOGRAPHIC ENTERPRISES and MINDSCAPE, INC., jointly and severally, in the amount of $80,000.00, and against Defendants NATIONAL GEOGRAPHIC SOCIETY and NATIONAL GEOGRAPHIC ENTERPRISES, jointly and severally, in the additional amount of $320,000.00, for a total judgment in the amount of $400,000.00 as to Defendants NATIONAL GEOGRAPHIC SOCIETY and NATIONAL GEOGRAPHIC ENTERPRISES, INC. and $80,000.00 as to Defendant MINDSCAPE, INC., for which sums let execution issue. The Court retains jurisdiction to consider a motion for attorneys' fees and costs.

DONE AND ORDERED in Miami, Florida, this 16TH day of November, 2005.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Norman Davis, Esq.
    Squire, Sanders & Dempsey, LLP
    Facsimile #305-577-7001
    (Attorneys for Plaintiff)
Stephen N. Zack, Esq.
Jennifer Altman, Esq.
    Boies Schiller & Flexner
    Facsimile # 305 357-8547
    (Attorney for Defendants)
Robert G. Sugarman, Esq.
    Weil, Gotshal & Manges LLP
    Facsimile # 212-310-8007
    (Attorney for Defendants)